# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

141505

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

STACEY R. COLEMAN,
      Plaintiff-Appellant,

v

APPLEBEE'S OF MICHIGAN, INC.,
      Defendant-Appellee,
and

ROSS PROPERTIES, INC.,
      Defendant.

SC: 141505
COA: 288878
Oakland CC: 2008-088486-NO

_____/

On order of the Court, the application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010

_____
Clerk